■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILBERT HENDERSON, Appellant. [779 NYS2d 381]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered November 8, 2001. A judgment convicted defendant, upon his plea of guilty, of criminal possession of a forged instrument in the third degree (two counts).

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed (*see People v Griffin*, 239 AD2d 936 [1997]). Present—Pigott, Jr., P.J., Gorski, Martoche, Lawton and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCHE L. JOHNSON, Appellant. [779 NYS2d 382]—Appeal from a judgment of the Cayuga County Court (Peter E. Corning, J.), rendered June 5, 2003. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant failed to preserve for our review his contention that County Court abused its discretion in denying his application for youthful offender status (*see People v Jones*, 288 AD2d 397 [2001], *lv denied* 97 NY2d 730 [2002]). In any event, that contention lacks merit. Present—Pigott, Jr., P.J., Gorski, Martoche, Lawton and Hayes, JJ.